■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WALKER, Appellant.— Appeal by defendant from an order of the Supreme Court, Kings County, dated June 4, 1970, which denied his motion for resentence. Appeal dismissed. An order denying a motion for resentence is not appealable. (*People* v. *Taranow,* 28 A D 2d 562.) We have nevertheless considered the appeal on its merits and, were we not dismissing the appeal, we would affirm

the order. Munder, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.